# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

| | |
|---|---|
| **RFC CAPITAL HOLDINGS, INC.,** | |
| Plaintiff, | |
| v. | **CIVIL ACTION NO.: 1:18-cv-2972** |
| **GORDON & HOWARD ASSOC., INC. (d.b.a. PASSTIME USA),** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Federal Rules of Civil Procedure 26(a)(1), Plaintiff RFC Capital Holdings, Inc. ("RFC" or "Plaintiff") respectfully submits its initial disclosures.

Plaintiff's investigation of the claims in this action is ongoing, and the disclosures below are based on information reasonably available to them at this time, following a good faith inquiry in accordance with FRCP 26. Plaintiff reserves the right to supplement their disclosures and/or produce additional information during the course of discovery, and to rely on such information as evidence in this action. Plaintiff's disclosures are made without waiver of, or prejudice to, any objection Plaintiff may have to the use at trial of any of the information disclosed in this document.

Nothing in this disclosure statement is intended to be an admission of fact, an affirmation of the existence or admissibility of any document, or an agreement with or an acceptance of any of Defendant's legal theories or allegations. The information set forth below is provided without waiving (1) the right to object to the use of such information for any purpose, in this or any other action, or grounds of privilege, relevancy, materiality, or any other appropriate grounds; (2) the right to object to any requests involving or relating to the subject matter of the information

contained in this disclosure statement; or (3) the right to revise, correct, supplement or clarify any of the information provided below, at any time.

**INDIVIDUALS WITH DISCOVERABLE INFORMATION– FRCP 26(a)(1)(i).**

| Individual | Subject Matter | Contact Information |
|---|---|---|
| David Sailors, Lender Systems, Inc. | Ownership of patents in suit, prior licensing/litigation of patents in suit. | c/o Plaintiff's counsel |
| Robert Hessman, Lender Systems, Inc. | History of patents in suit, ownership of patents in suit, prior licensing/litigation of patents in suit. | c/o Plaintiff's counsel |
| George Golden, RFC Capital Holdings, Inc. | History of patents in suit, ownership of patents in suit, prior licensing/litigation of patents in suit. | c/o Plaintiff's counsel |
| Frank Simon, RFC Capital Holdings, Inc. | Conception/reduction to practice of inventions in the patents in suit, application/prosecution history of patents in suit, ownership of patents in suit, prior licensing/litigation of patents in suit. | c/o Plaintiff's counsel |
| Michael Simon | Conception/reduction to practice of inventions in the patents in suit, application/prosecution history of patents in suit, ownership of patents in suit. | Last known:<br><br>Hemet, California<br>(760) 505-5506 |
| Charles Chamberlain, IP Investments Group | Ownership of patents in suit, prior licensing/litigation of patents in suit. | Last known:<br><br>IP Investments Group<br>The Forum, Suite 140<br>3930 E. Jones Bridge Road<br>Atlanta, Georgia 30092<br>(404) 962-8739 |

| Individual | Subject Matter | Contact Information |
|---|---|---|
| Daniel F. Perez | Prior ownership of patents in suit, prior licensing/litigation of patents in suit. | Last known:<br><br>Dallas, Texas<br>dan@periziplaw.com<br>(214) 289-6659 |

**RELEVANT DOCUMENTS – FRCP 26(a)(1)(ii).**

Plaintiff has possession, custody or control of the following categories of documents, data compilations, and tangible things that it may use to support its claims or defenses in this action:

1. Documents and data relating to the application and prosecution process for the patents in suit;

2. Documents and data relating to the USPTO file wrapper for each of the patents in suit;

3. Documents and data relating past sales and transfers of ownership of the patents in suit;

4. Documents and data relating to prior litigation and/or licensing involving of one or more of the patents in suit; and

5. Documents and data relating to publicly available information about the accused instrumentalities.

Plaintiff's investigation of the facts involved in this litigation is ongoing and continuous, and additional documents may be found or may become relevant in the future. Plaintiff reserves their right to make additional disclosures in the future and to utilize any documents subsequently discovered or produced.

**COMPUTATION OF DAMAGES – FRCP 26(a)(1)(iii).**

Plaintiff seeks a reasonable royalty under 35 USC §284 – at a rate to be determined based upon expert discovery and testimony – on the total revenues generated by Defendant's accused devices over the period of time prescribed by Title 35. The total amount of revenue generated by the Defendant's accused devices is not publicly available information, and will be determined through the discovery process.

Plaintiff calculates the statutory period of time – under 35 USC §§154, 286, and 41(c) – for each patent in suit as follows:

'527 Patent – 7 years;

'465 Patent – 11.75 years;

'507 Patent – 9 years; and

'471 Patent – 12 years.

These calculations are approximate, and Plaintiff reserves the right to revise them as the course of this litigation dictates.

Plaintiff also seeks treble damages for willful infringement, under 35 USC §284 (*Halo Electronics, Inc. v. Pulse Electronics, Inc.*, 579 U.S. ____, 136 S. Ct. 1923 (2016)).

Plaintiff also seeks judgment and an order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285, and awarding Plaintiff its reasonable attorney's fees.

**INSURANCE -- FRCP 26(a)(1)(iv).**

Not applicable.

January 24, 2019                                    Respectfully Submitted,

                                        By:  /s/ Ronald W. Burns
                                                Ronald W. Burns
                                                Texas State Bar No. 24031903
                                                972-632-9009
                                                rburns@burnsiplaw.com
                                                RWBurns & Co., PLLC
                                                5999 Custer Road, Suite 110-507
                                                Frisco, Texas 75035

                                                **ATTORNEY FOR PLAINTIFF**
                                                **RFC CAPITAL HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with D.C.COLO.LCivR 5.1(d) and Fed. R. Civ. P. 5.  As such, the foregoing was served on all counsel of record who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d), all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this the 24th day of January, 2019.

                                                /s/ Ronald W. Burns
                                                   Ronald W. Burns, Esq.