**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION**

| | |
|---|---|
| **RFC CAPITAL HOLDINGS, INC.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**GORDON & HOWARD ASSOC., INC. (d.b.a. PASSTIME USA),**<br><br>    Defendant. | **CIVIL ACTION NO. 1:18-cv-2972**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR DISMISSAL**

The plaintiff RFC Capital Holdings, Inc. ("Plaintiff" or "RFC") and Defendant Gordon*Howard Associates, Inc. ("Defendant" or "Gordon*Howard") – pursuant to Fed. R. Civ. P. 41(a)(1)(A) – hereby jointly move for an order dismissing all claims in this action WITH PREJUDICE, and all counterclaims in this action WITHOUT PREJUDICE. Plaintiff and Defendant also hereby jointly move to withdraw any and all pending motions in this matter. Each party shall bear its own costs, expenses and attorney's fees.

April 24, 2019

                                              Respectfully Submitted,

                                       By: /s/ Ronald W. Burns
                                               Ronald W. Burns
                                               Texas State Bar No. 24031903
                                               972-632-9009
                                               rburns@burnsiplaw.com
                                               RWBurns & Co., PLLC
                                               5999 Custer Road, Suite 110-507
                                               Frisco, Texas 75035

                                             **ATTORNEY FOR PLAINTIFF
                                             RFC CAPITAL HOLDINGS, INC.**

By: /s/ Charles J. Rogers
Charles J. Rogers
Conley Rose, P.C.
575 N. Dairy Ashford Rd, Suite 1102
Houston, Texas 77079-1126
713-238-8049
crogers@conleyrose.com

**ATTORNEY FOR DEFENDANT
GORDON * HOWARD ASSOCS., INC.**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff and Defendant conferred on this date regarding this joint motion, and that the parties agree to file this motion jointly, and agree to dismiss this matter in its entirety.

/s/ Ronald W. Burns
Ronald W. Burns, Esq.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with D.C.COLO.LCivR 5.1(d) and Fed. R. Civ. P. 5.  As such, the foregoing was served on all counsel of record who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d), all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this the 24th day of April, 2019.

/s/ Ronald W. Burns
Ronald W. Burns, Esq.